# Third District Court of Appeal

## State of Florida

Opinion filed April 17, 2019.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D19-117
Lower Tribunal No. 19-262
_____

**Milagros Rodriguez,**
Appellant,

vs.

**Griselda Stanfield,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Michaelle Gonzalez-Paulson, Judge.

Milagros Rodriguez, in proper person.

Walter J. Harvey, School Board Attorney, and Jeff James, Assistant School Board Attorney, for appellee.

Before EMAS, C.J., and LOGUE and HENDON, JJ.

PER CURIAM.

Upon our review of the record and the initial brief, we affirm on the authority of Florida Rule of Appellate Procedure 9.315(a) (providing: "After service of the initial brief . . . , the court may summarily affirm the order to be reviewed if the court finds that no preliminary basis for reversal has been demonstrated.")